UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

GINA HACKEL,                          CASE NO.:1:05-cv-00046-WCG

             Plaintiff,

vs.

REGAL CINEMAS, INC., a foreign corporation,

             Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

COME NOW, the Plaintiff, GINA HACKEL and Defendant, REGAL CINEMAS, INC., by and through the undersigned counsel and hereby gives notice to this Honorable Court that the above styled cause has been settled. The parties are in the process of finalizing settlement documents and will file the appropriate dismissal documents within 60 days.

Dated this 23rd day of May, 2005.

| | |
|---|---|
| SCHWARTZ ZWEBEN & SLINGBAUM LLP | RAYMOND L. SMITH, JR. |
| Attorneys for Plaintiff | Attorney for Defendant |
| 3876 Sheridan Street | 7132 Regal Lane |
| Hollywood, Florida 33021 | Knoxville, TN 37918 |
| Telephone: (954) 966-2483 | Telephone: (865) 925-9529 |
| Facsimile: (954) 966-2566 | Facsimile: (865) 925-7827 |
| By: /s/ Stephan M. Nitz | By: /s/ Raymond Smith |
|     Stephan M. Nitz, Esquire |     Raymond L. Smith, Jr. Esquire |
|     Florida Bar No. 45561 |     Tennessee Bar #:19684 |
| |    (Signed by plaintiff's counsel with permission) |